**No. 10-5780. Solomon Ben-Tov Cohen, Petitioner v. Theresa Hunt, Warden.**

562 U.S. 1088, 131 S. Ct. 697, 178 L. Ed. 2d 526, 2010 U.S. LEXIS 9229.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 937, 131 S. Ct. 345, 178 L. Ed. 2d 224, 2010 U.S. LEXIS 7401.